No. 96–8087.  WRIGHT v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 96–8090.  HARTMAN v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 96–8103.  WILSON v. SABA, SHERIFF, DOUGHERTY COUNTY, GEORGIA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 96–8107.  MANGRUM v. TAYLOR.  C. A. 11th Cir.  Certiorari denied.

No. 96–8180.  FALCONER v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 96–8204.  O'NEILL v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 96–8220.  MELIUS v. WOOD, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS.  C. A. 8th Cir.  Certiorari denied.

No. 96–8223.  MANUSSIER v. WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 96–8246.  HENRY v. SOUTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–8247.  DOWNEY ET UX. v. KREMPIN ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 96–8265.  TAYLOR v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 96–8270.  SULLIVAN v. COLORADO.  Dist. Ct. Colo., Elbert County.  Certiorari denied.

No. 96–8271.  FRANKLIN v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 96–8272.  REED v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.  C. A. 6th Cir.  Certiorari denied.